Maude F. BUTLER, Appellant, v. E. M. BROWNLEE et al., Appellees.

No. 9824.

Court of Civil Appeals of Texas. San Antonio.

April 22, 1936.

Rehearing Denied May 20, 1936.

Maude F. Butler, of San Antonio, for appellant.

A. H. Lumpkin, of San Antonio, for appellees.

MURRAY, Justice.

Affirmed without written opinion. See Associated Indemnity Corporation v. Gatling (Tex.Civ.App.) 75 S.W.(2d) 294.

J. J. BISHOP et al., Appellants, v. Lee H. CRANE, Guardian of the Estate of Edith Crane, Appellee.

No. 9853.

Court of Civil Appeals of Texas. San Antonio.

May 20, 1936.

Davenport & Ransome, of Brownsville, for appellants.

J. Hodge Thompson, of Corsicana, and M. F. Armstrong, Jr., of Weslaco, for appellee.

MURRAY, Justice.

Affirmed without written opinion. See Associated Indemnity Corporation v. J. M. Gatling (Tex.Civ.App.) 75 S.W.(2d) 294.

Gus KRAUSSE, Appellant, v. Ed. DECKER et al., Appellees.

No. 9813.

Court of Civil Appeals of Texas. San Antonio.

April 8, 1936.

Rehearing Denied May 20, 1936.

R. H. Mercer, of San Antonio, for appellant.

Weber & Wolfe, of San Antonio, for appellees.

MURRAY, Justice.

Affirmed without written opinion. See Krausse v. Decker (Tex.Civ.App.) 57 S.W.(2d) 1124; Associated Indemnity Corporation v. Gatling (Tex.Civ.App.) 75 S.W.(2d) 294.